# U.S. DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE PORTFOLIO RECOVERY ASSOCIATES, LLC TELEPHONE CONSUMER PROTECTION ACT LITIGATION**<br><br>This Document Relates to<br>*STATHOPOULOS V. PORTFOLIO RECOVERY ASSOCIATES LLC*,<br>Case No.: 3:16-cv-00052 | Case No.: 11-MD-02295-JAH-BGS<br><br>Hon. John A. Houston<br>Hon. Bernard G. Skomal<br><br>**ORDER OF DISMISSAL OF *STATHOPOULOS* MEMBER CASE WITH PREJUDICE** |

This cause is before the Court on the Joint Motion to Dismiss with Prejudice, filed by Plaintiff Angela Stathopoulos and Defendant Portfolio Recovery Associates, LLC, regarding said parties' stipulation to dismiss the member case *Stathopoulos v. Portfolio Recovery Associates, LLC*, 3:16-cv-01213 ("the *Stathopoulos* action"), with prejudice and with each party to bear its own costs and attorneys' fees. On proof made to the satisfaction of the Court, and based

on the parties' stipulation, the Court finds that the *Stathopoulos* action must be dismissed with prejudice and with each party to bear its own costs and attorneys' fees. Based on the foregoing:

**IT IS ORDERED** that:

1. All claims and counterclaims that were or might have been asserted in the *Stathopoulos* action are dismissed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice and with each party to bear its own costs and attorneys' fees.

2. The Clerk of this Court shall transmit a copy of this Order to the Clerk of the United States Judicial Panel on Multidistrict Litigation. *See* J.P.M.L. Rule 10.1 ("Where the transferee district court terminates an action by valid order, including but not limited to summary judgment, judgment of dismissal and judgment upon stipulation, the transferee district court clerk shall transmit a copy of that order to the Clerk of the Panel."). The *Stathopoulos* action shall not be remanded to the transferor court, and this Court shall retain the original files and records, unless the transferee judge or the Panel directs otherwise. *Id.*

DATED: October 3, 2019

Hon. John A. Houston
United States District Judge